IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHREYL A. MORETT | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 20-872 |
| WILLIAM GRETZULA, et. al. | : | |
| Defendants. | : | |

CONFERENCE NOTICE

A settlement conference will be held on **July 29, 2020** at **9:30 A.M.** before the Honorable Timothy R. Rice, United States Magistrate Judge, via **TELECONFERENCE**.

- Please notify the Court if settlement is not a real possibility.

- The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference. Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[1]

- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, defendant should arrange a telephone conference with chambers and counsel for plaintiff.

- If jointly requested by counsel, the judge is available for ex parte telephone conferences with each side before the scheduled in-person settlement conference. Please contact chambers to arrange a pre-conference telephone call.

Please complete the attached summary and email it to chambers_of_magistrate_judge_timothy_rice@paed.uscourts.gov or fax to (267) 299-5064 on or before **July 17, 2020**.

> */s/ Donna Marie Croce*
> Donna Marie Croce, Deputy
> Honorable Timothy R. Rice
> U.S. Magistrate Judge
> (267) 299-7660

Date:  June 16, 2020
Cc:  Counsel of record

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

SETTLEMENT CONFERENCE SUMMARY

CAPTION:  Cheryl A. Morett v. William Gretzula, et. al. 20-872

DISTRICT COURT JUDGE: _____     JURY  /  NONJURY

(Circle One)

TRIAL/POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

Name: _____

Address: _____

Phone: _____  Cell: _____
Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):

_____

MOTIONS PENDING:

_____
_____
_____

OTHER RELEVANT MATTERS:

_____
_____

PRIOR OFFERS / DEMANDS:

_____
_____
_____

ATTACH SYNOPSIS OF CASE (LIMITED TO ONE –TWO PAGES)