# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHERYL A. MORETT,** : | |
|     Plaintiff, : | |
| : | |
|     v. : | **Civ. No. 20-872** |
| : | |
| **WILLIAM GRETZULA, et al.,** : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 18th day of August, 2020, it having been reported that the Parties have settled all claims, it is hereby **ORDERED** that this matter is **DISMISSED with prejudice** and without costs.  See Local R. Civ. P. 41.1(b).

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.