# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHERYL A. MORETT,**  :  <br>    **Plaintiff,**      : <br>                                  : <br>    **v.**                     :    **Civ. No. 20-872** <br>                                  : <br> **WILLIAM GRETZULA, et al.,**  : <br>    **Defendants.**     : | |

## ORDER

**AND NOW**, this 2nd day of September, 2020, it is hereby **ORDERED** that my August, 18, 2020 Order (Doc. No. 29) is **VACATED**. The **CLERK OF COURT** shall **REOPEN** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.