# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHERYL A. MORETT,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     **v.** | : | **Civ. No. 20-872** |
| | : | |
| **WILLIAM GRETZULA, et al.,** | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this 18th day of September, 2020, having been reported that Plaintiff and Defendant **PENNSBURY SCHOOL DISTRICT** have reached a settlement agreement, it is hereby **ORDERED** that individual Defendants **WILLIAM GRETZULA**, **DONNA DUNAR**, **JOSEPH O'BRIEN**, **DEBRA WACHSPRESS**, **JOSHUA WALDORF**, **CHRISTINE TOY-DRAGONI**, and **ANNETTE DEAROLF** are **DISMISSED** by agreement.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.